# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KIM LEWIS** | * |
| **Plaintiff** | * |
| vs. | |
| | *  Case No. BPG-18-1610 |
| **UNITED STATES DEPARTMENT OF AGRICULTURE,** | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S MOTION TO SUBMIT MEDICAL BILLS AND RECORDS INTO EVIDENCE PURSUANT TO MD. CODE, COURTS AND JUDICIAL PROCEEDINGS, §10-104, OR IN THE ALTERNATIVE, MOTION FOR LEAVE TO AMEND AD DAMNUM CLAUSE OF COMPLAINT

Plaintiff, Kim Lewis, by and through counsel, Lauren M. Bell, and Gilman & Bedigian, LLC, and pursuant to Federal Rules of Civil Procedure 15 and Local Rule 103.6, hereby moves to submit medical bills and records into evidence at trial pursuant to Maryland state statute, Md. Code, Cts. & Jud. Pro. §10-104, without live expert testimony, or in the alternative, motion for leave to amend the ad damnum clause of the Complaint, and for reasons states as follows:

1. This litigation arises out of a motor vehicle collision wherein it is alleged that on or about November 30, 2016, at approximately 6:20 a.m., Plaintiff was lawfully and carefully operating her vehicle on Interstate 695 at or near Exit 19 which is in Baltimore County, Maryland. That at approximately the same time and place a vehicle owned by the Defendant USDA and operated with permission by the Defendant USDA's agent/servant/employee, Kinard Lee Squire, Jr., was also traveling on Interstate 695. Suddenly and without warning, Mr. Squire forcefully rear-ended the vehicle owned and operated by the Plaintiff.

2. This action is based upon the Federal Tort Claims Act, 28 U.S.C. § 1346(b), and

1

thus this court has exclusive jurisdiction.

3.  In an effort to expedite trial, and save judicial, plaintiff, and defendant resources and costs, Plaintiff respectfully requests that this trial proceed without live expert medical testimony for Plaintiff pursuant to Md. Code, Cts. & Jud. Pro. §10-104.

4.  In the alternative, Plaintiff requests leave to amend the ad damnum clause of her complaint to state in excess of $75,000.00. *See* Exhibit A: Plaintiff's Complaint. A red-lined copy of the changes are also attached hereto. *See* Exhibit B: Plaintiff's Amended Complaint – Red-Lined Copy.

WHEREFORE, for the reasons stated herein, Plaintiff respectfully requests that this trial proceed without live expert medical testimony for Plaintiff pursuant to Md. Code, Cts. & Jud. Pro. §10-104, or in the alternative, leave to amend the ad damnum clause of her complaint. A proposed Order is attached hereto.

Respectfully submitted,

GILMAN & BEDIGIAN, L.L.C.

_/s/ Lauren M. Bell_  
Lauren M. Bell  
GILMAN & BEDIGIAN, L.L.C.  
1954 Greenspring Drive, Suite 250  
Timonium, Maryland 21093  
(410) 560-4999

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KIM LEWIS | * | |
| Plaintiff | * | |
| vs. | | |
| | * | Case No. GLR-18-1610 |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27th, 2019, a copy of Plaintiff's aforegoing Motion and Memorandum in Support was served via CM/ECF on:

Vincent J. Vaccarella
Assistant Unites States Attorney
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
*Attorney for Defendant*

                                                                */s/ Lauren M. Bell*
                                                                 Lauren M. Bell