**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Vincent Vaccarella*  
*Assistant United States Attorney*  
*Vincent.Vaccarella @usdoj.gov*

*Suite 400*  
*36 S. Charles Street*  
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4836*  
*MAIN: 410-209-4800*  
*FAX: 410-962-3091*

September 13, 2019

<u>VIA CM/ECF</u>

The Honorable Beth P. Gesner
United States Chief Magistrate Judge
101 West Lombard Street, Chambers 7C
Baltimore, Maryland 21201

        Re:    Lewis v. USDA
                 <u>Civ. No. BPG-18-1610</u>

Dear Judge Gesner:

      On September 10, 2019, Plaintiff filed her proposed Exhibit List identifying Exhibit 7 and Exhibit 8 as related to Plaintiff's alleged property damage and rental car costs, respectively. <u>See</u> ECF No. 34-1. At the time, Defendant objected to the introduction and admissibility of these proposed Exhibits on the grounds that they had not yet been produced to Defendant. <u>Id.</u> On September 12, 2019, Plaintiff produced proposed Exhibit 7 and Exhibit 8 to Defendant via email, and filed her Amended Exhibit List with the Court updating, in relevant part, the fact that Exhibit 7 and Exhibit 8 had now been produced to Defendant. <u>See</u> ECF No. 38.

      Now that Defendant has had an opportunity to review Plaintiff's proposed Exhibit 7 and Exhibit 8, we object to the introduction and admissibility of these Exhibits without Plaintiff properly authenticating each Exhibit at trial. In the event that Exhibit 7 and Exhibit 8 can be properly authenticated by Plaintiff, we object to these Exhibits being admitted without Plaintiff laying the proper foundation for their admission at trial. We also object to Exhibit 7 and Exhibit 8 on relevance grounds given there was no visible damage to either automobile involved in the occurrence.

                                              Respectfully submitted,

                                              Robert K. Hur
                                              United States Attorney

                                              _____/s/_____
                                              Vincent Vaccarella
                                              Assistant United States Attorney

cc:       Lauren Bell (via CM/ECF)