IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KIM LEWIS, | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. BPG-18-1610 |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## ORDER

Upon consideration of Plaintiff's Motion to Submit Medical Bills and Records into Evidence Pursuant to Md. Code, Courts and Judicial Proceedings, § 10-104, or in the Alternative, Motion for Leave to Amend Ad Damnum Clause of Complaint (the "Motion") (ECF No. 31), all matters in support thereof and in opposition thereto, it is, on this 25TH day of September 2019, by the United States District Court for the District of Maryland, ORDERED that said Motion BE and HEREBY IS DENIED.

/s/ Beth P. Gesner
Beth P. Gesner
Chief United States Magistrate Judge